Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80598-CIV- MARRA

FILED by ___ D.C.
MAR 28 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA – MIAMI

UNITED STATES OF AMERICA
ex rel. Dr. KENNETH BEER,

        Plaintiffs,

v.

TENET HEALTHCARE CORPORATION,
        Defendant.
_____/

**FILED *IN CAMERA*
AND UNDER SEAL**

## UNITED STATES' CONSENT TO RELATOR'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE TO THE UNITED STATES

On March 22, 2012, Relator Kenneth Beer filed his Notice of Voluntary Dismissal (Without Prejudice to the United States of America) pursuant to F.R.C.P. 41(a)(1) and to 31 U.S.C. § 3730(b)(1).

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America, by its undersigned attorney, hereby notifies the Court that the Attorney General consents to the dismissal of this action, without prejudice to the rights of the United States.

Dated: March 28, 2012

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
JUNE C. ACTON
Assistant United States Attorney
Florida Court I.D. No. A5501236
United States Attorney's Office
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
Tel: (305) 961-9374
Fax: (305) 530-7139
E-mail: june.acton@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the forgoing was mailed on March 28, 2012, via U.S. Mail, with proper postage prepaid, to:

Seth Miles, Esq.
Grossman Roth, P.A.
2525 Ponce de Leon Blvd.
Suite 1150
Coral Gables, FL 33134

June C. Acton
Assistant U.S. Attorney